# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED AUGUST 17, 2023

---

### NO. 03-22-00491-CV

---

**Laguna Reef Condominium Association, Inc., Appellant**

**v.**

**Cross River Investments, LLC; Dr. John Moczygemba; and Sandra Moczygemba, Appellees**

---

**APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS
AFFIRMED IN PART, REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE THEOFANIS**

---

This is an appeal from the judgment signed by the trial court on February 14, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the award of damages and attorney's fees and affirms the remainder of the judgment. We remand the case to the trial court for a new trial on damages and attorney's fees. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.